UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CAUSE NO. 3:08-CR-27(01)RM |
| ) | |
| RONALD L. PURDON ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on April 9, 2008 [Doc. No. 8]. Accordingly, the court now ADOPTS the findings and recommendation, ACCEPTS defendant Ronald Purdon's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. §§ 2 and 1952(a)(3).

SO ORDERED.

ENTERED:   May 1, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court